[No. 3244-1.    Division One.    May 10, 1976.]

JULES H. RICHARDS, JR., *Respondent,* v. KING COUNTY BOARD OF APPEALS, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 779555, Edward E. Henry, J., entered July 16, 1974. *Dismissed* by unpublished opinion per Williams, C.J., concurred in by Farris and Callow, JJ.